934

No. 81–6283. VALENZANO v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 81–6284. WIDNER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 81–6286. WALKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–6287. BEASLEY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–6298. HARRISON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–6332. GRANT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6354. BERRY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 81–6359. MARTIN-TRIGONA v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 81–6371. WADE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6378. HALBERT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–6384. BLEDSOE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–6389. McCOLLOM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6394. GREEN v. WARDEN, U. S. PENITENTIARY, EL RENO, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–6395. GOLDBLATT v. VOGEL ET AL. C. A. 11th Cir. Certiorari denied.